# Exhibit D







위 광고는 I ❤ SF Journal 광고입니다. 광고리스트보기 SF Journal 보기
SF Journal 광고 문의: 이메일 kim@sfkorean.com
(408) 205-6340

위 광고는 I ❤ SF Journal 광고입니다. 광고리스트보기 SF Journal 보기
SF Journal 광고 문의: 이메일 kim@sfkorean.com
(408) 205-6340

지역 San Francisco/북가주 구분 전체

제목 SEARCH

| 번호 | 제목 | 지역 | 작성일 | 조회 |
|---|---|---|---|---|
| 10473 | [마감] ! | 4217 Geary Blvd | 11-16 | 97113 |
| 10472 | [종료] 어카운팅 데이터입력 및 서류검토 근무자 (Part Timer 초급자레... | oakland | 11-16 | 98162 |
| 10471 | [마감] E-commerce Operation Specialist (영주권 스폰가... | HAYWARD | 11-16 | 97699 |
| 10470 | [마감] Reception, Sales, Purchasing and Receivi... | Santa Clara | 11-15 | 96929 |
| 10469 | [마감] 오피스 일을 하고 영어 가능한분 덴탈랩에서 구합니다 ... | San jose | 11-15 | 97547 |
| 10468 | [마감] $$$스시 쉐프,서버,구인 합니다$$$... | San Francisco | 11-14 | 97032 |
| 10467 | [마감] 아트 보조 선생님 구함 | Sunnyvale | 11-14 | 98296 |
| 10466 | [마감] 가사 도우미 / Housekeeper 구합니다 - Redwood City... | | 11-14 | 97273 |
| 10465 | [마감] 작은 일식집 'Happy Sushi'에서 투고만 하는 서버 구합니다.... | santa clara | 11-14 | 97506 |
| 10464 | [마감] 실업자, 구직자, 자영업자 코로나자금 쓰세요! 만불-200만불! 실업수... | 산호세 샌프란시스코 미국전역 | 11-14 | 97731 |
| 10463 | [마감] 산호세에 위치한 일식레스토랑에서 같이 일하실 서버분들 모집합니다. ... | South Sanjose | 11-13 | 97249 |
| 10462 | [마감] Sheet Metal Shop에서 함께 일하실 분 ... | Oakland | 11-12 | 97506 |
| 10461 | [마감] Hiossen/Osstem Korea Sales Rep Position ... | Bay Area | 11-12 | 97764 |
| 10460 | [마감] 샌프란시스코 본스 치킨에서 함께 일한 가족을 구합니다.... | 샌프란시스코 | 11-12 | 99747 |
| 10459 | [마감] 가정부 구함 / Housekeeper | | 11-12 | 98988 |
| 10458 | [마감] 덴탈랩 포세린 파트 (산타클라라)... | Santa Clara | 11-12 | 96867 |
| 10457 | [마감] Alameda에 위치한 일식당에서 Server 구합니다. ... | ALAMEDA | 11-11 | 97229 |
| 10456 | [마감] GEI - SF 지점 Branch Manger 모집 | San Leandro | 11-11 | 96959 |
| 10455 | [마감] ★★★★ 밀피타스 대호갈비찜에서 함께할 서버 모집합니다 ^^ ★★★★... | Milpitas DAEHO | 11-11 | 97760 |
| 10454 | [마감] KOREAN BBQ 에서 주방장님 구합니다.... | pleasant hill | 11-11 | 98013 |
| 10453 | [마감] 치과병원에서 풀타임 / 파트타임 Dentist/Dental Assist... | 샌프란시스코 | 11-11 | 97302 |
| 10452 | [마감] 노인 도움주실분 구합니다 (Tri-Valley)... | Dublin, CA | 11-11 | 97419 |
| 10451 | [마감] 한식 지식인을 찾습니다! 식료품 분류 설문조사 $400 (11/10-11... | | 11-10 | 97427 |
| 10450 | [마감] 머천트서비스(Card Payments Processing) 회사에서 PO... | Burlingame | 11-10 | 97781 |
| 10449 | [마감] 스시세프, 주방 셰프 구합니다.... | 덴빌 | 11-10 | 96699 |
| 10448 | [마감] ☆☆ ☆일식당 서버 급구 ☆☆☆... | Sunnyvale | 11-10 | 97059 |
| 10447 | [마감] Concord 에 위치한 일식당에서 스시맨과 서버를 구합니다... | CONCORD | 11-10 | 96813 |
| 10446 | [마감] 한식 주방장과 일식헬퍼 구합니다... | San mateo/San carlos | 11-10 | 96890 |
| 10445 | [마감] 보험회사 사무 직원 구합니다.... | Fremont | 11-09 | 97394 |
| 10444 | [마감] San Jose 위치한 한국 식당에서 서버 구합니다.... | San Jose | 11-09 | 96862 |
| 10443 | [마감] 덴탈랩에서 근무하실 직원분 모집합니다... | Sunnyvale | 11-09 | 96995 |
| 10442 | [마감] 주방장, 주발헬퍼, 홀매니저, 서버 모십니다.... | 오클랜드 | 11-09 | 96915 |
| 10441 | [마감] [이사도와주실분구함] | 북가주 전지역 | 11-09 | 97494 |
| 10440 | [종료] 상항한국인 연합감리교회 반주자를 모십니다.... | San Francisco | 11-09 | 96710 |

[구인] San Francisco Japan Town 2월 오픈 예정 / 바/칵테일 집 - Page 내 독 시 장 - 바 독 시 | SFKorean.com



| 번호 | 제목 | 지역 | 작성일 | 조회 |
|---|---|---|---|---|
| 10439 | [마감] 오클랜드 서울곰탕에서 파트 타임 서빙 하실 분 구합니다... | 오클랜드 | 11-09 | 97348 |
| 10438 | [마감] 대한미국 대표 치킨, BBQ Chicken 이 쿠퍼티노 지역에서 서버s... | 쿠퍼티노 Cupertino | 11-09 | 97755 |
| 10437 | [마감] WANG GLOBALNET SF 지점에서 여러분야의 사원을 모집합니다.... | HAYWARD | 11-09 | 98201 |
| 10436 | [마감] 조그만 한식당에서 같이 일 하실분 구합니다.(종료)... | SOUTH SAN JOSE | 11-08 | 96961 |
| 10435 | [마감] *****Azit & Hancook 서버 구합니다.*****... | Oakland | 11-07 | 97320 |
| 10434 | [마감] Bull kbbq/Ktown food에서 파트타임 서버구합니다... | Cupertino | 11-07 | 96416 |
| 10433 | [마감] ** 직원모집 Accounting Manage ** | Fremont | 11-06 | 97693 |
| 10432 | [마감] ** 직원모집 Business Manage ** | Fremont | 11-06 | 97199 |
| 10431 | [마감] ** 직원모집 Shipping and Receiving **... | Fremont | 11-06 | 97583 |
| 10430 | [마감] ** 직원모집 Manufacturing Engineer / CNC Mac... | Fremont, CA | 11-06 | 96778 |
| 10429 | [마감] (입주형) 산후조리 및 산후관리 해드립니다... | | 11-06 | 95891 |
| 10428 | [마감] [샌프란 시내] 사랑 많으신 이모님 구합니다... | San Francisco | 11-06 | 97191 |
| 10427 | [마감] 일본식당 서버 | berkeley | 11-05 | 96529 |
| 10426 | [마감] Entry-level / Experienced staff_Accounti... | burlingame | 11-04 | 96547 |
| 10425 | [종료] Sushi Chef, Kitchen Chef, Waitress neede... | Pleasanton,CA | 11-04 | 97738 |
| 10424 | [마감] 찾습니다 | Livermore | 11-04 | 97748 |

\* 본 게시판의 글들은 회사에서는 법적인 책임을 지지 않습니다.

« prev | 131 | 132 | 133 | 134 | 135 | **136** | 137 | 138 | 139 | 140 | next »



프리미엄 등록 안내 (전국 $60, 로컬 $30)
프리미엄 등록은 종료나 마감이 될 동안 게시판의 상단에 위치 함으로 보다 많은 효과를 볼 수 있습니다.
우리들의 이민 생활에 도움이 될 수 있도록 알찬 내용으로 채워 갈 것을 약속드리며 많은 이용 바랍니다.
감사합니다.

Apostrophe 사용금지 : Kim's, Lee's, 에 사용되는 ' 는 사용할 수 없습니다.



회사소개 | Contact Us | 광고안내 | 건의 및 기사제보 | 이메일주소 무단수집 거부 | Website 제작

Copyright © 2002 - 2023 Korean Community of US All rights reserved..



| SF 저널 | 뉴스 | 게시판 | 벼룩시장 | 전문가컬럼 | 협찬기업 | 지난호 보기 | 책으로 보기 | 업소록 | SFKorean | |

## 벼룩시장

◉ 구인/구직　◉ 매매/양도　◉ 렌트/하숙　◉ 자동차매매　◉ 부동산매매　◉ 비지니스매매

**[구인] San Francisco Japan Town 2월 오픈 예정 대박 한식집 -마감**　　[수정] [종료]

작성자: Daniel 이메일 비공개

샌프란시스코 재펜타운에 2월초 오픈 예정인 한식집 에서 같이 일하실 server 그리고 주방 일 하실분 구합니다.

엘에이 "선농단" 전 총주방장님이 새로이 샌프란시스코 재팬타운에 오픈 준비중입니다.

주 메뉴는 탕 종류이며 그외 BBQ 갈비찜 갈비탕 등 그동안 샌프란시스코 에서 접해보지 못하셨던 명품 탕 과 요리들을 준비할 계획입니다.

주 7 일 오픈이며 아침 7시부터 가능하며 파트타임, 풀타임 가능합니다.

음식에 관심이 있으신 분, 돈을 벌고 싶으신분, 식당업을 배우고 싶으신분들 연락주세요.

활발하고 열정적인분 대환영 입니다.


연락주세요 415-265-7212

이메일 문의 hdh1130@gmail.com


연락주세요~~


Restaurant Address

1620 Post street

San Francisco, CA 94115


근무지: San Francisco
작성일: 2019-01-27



| 지역 | San Francisco/북가주 ▼ | 구분 | 전체 ▼ | | |
|---|---|---|---|---|---|
| | ◉ 제목 ▼ | | | SEARCH | |

| 번호 | 제목 | | 작성일 | 조회 |
|---|---|---|---|---|
| 8774 | [마감] Hiring at Japanese restaurant | Livermore | 11-11 | 95377 |
| 8773 | [마감] ●동백식당●에서 서버&주방헬퍼 구합니다 | San francisco | 11-11 | 95167 |
| 8772 | [마감] ★ ★ ★ 바텐더 구합니다 ★ ★ ★ | san francisco | 11-11 | 94884 |
| 8771 | [마감] 전기 일하실분 구합니다 | SAN JOSE | 11-10 | 95603 |
| 8770 | [마감] 파트타임 구합니다 | San Leandro | 11-10 | 96299 |
| 8769 | [마감] 미용실 카운터 보실 분 구합니다 | | 11-10 | 95786 |
| 8768 | [마감] 다나와에서 바텐더,웨이트레이스 모집합니다. 바텐더 시간당 페이 스타팅 18불 부터~ | santa clara | 11-09 | 95495 |
| 8767 | [마감] 오클랜드 가정부 구합니다 | 8184 Hansom Drive, Oakland, CA, 94605 | 11-09 | 95514 |

| 번호 | 제목 | | 작성일 | 조회 |
|---|---|---|---|---|
| 8766 | [마감] 입주/Full-Time Nanny | Los Altos, CA | 11-09 | 97812 |
| 8765 | [마감] Hiring full staff (kitchen and dining) | Bon Chon Pleasanton | 11-09 | 95159 |
| 8764 | [마감] 건축일 같이 하실분을 찾습니다 | | 11-09 | 95476 |
| 8763 | [마감] 서버 구합니다, | SAN FRANCISCO | 11-09 | 95101 |
| 8762 | [마감] Tutoring center in Pleasanton needs office admin/manager | Pleasanton | 11-09 | 95278 |
| 8761 | [마감] 같이 일하실 아주머님 구함 | Santa Clara | 11-09 | 96033 |
| 8760 | [마감] ❤️❤️ 좋은 기회 ❤️❤️ 📷 | Home | 11-09 | 100423 |
| 8759 | [마감] ☺●Kazan에서 스시 쉐프, cook, server 구합니다☺● | San Francisco | 11-08 | 95327 |
| 8758 | [마감] ✱✱✱(숙식제공)한국식당 주방보조, 쿡 구합니다(숙식제공)✱✱✱ | DUBLIN | 11-08 | 95947 |
| 8757 | [마감] 일본 라멘 레스토랑 waitress (santa Clara) | Santa Clara | 11-08 | 95398 |
| 8756 | [마감] Part Time 구합니다. | santa clara | 11-08 | 96195 |
| 8755 | [마감] 웨이츄레스(런치) & 스시맨 구합니다 | mountain view | 11-07 | 95605 |
| 8754 | [종료] K-Content (VR/AR/MR) Pitch & Networking 통역원 구인 📷 | | 11-07 | 95156 |
| 8753 | [마감] 일식당 SUSHI CHEF & KITCHEN CHEF | PLEASANTON | 11-07 | 95530 |
| 8752 | [마감] 카운터 립셉션 구합니다. Korean Hair Salon 📷 | Stevens Creek Blvd | 11-07 | 95484 |
| 8751 | [마감] $$$$ 스시 쉐프 구인 합니다$$$$$ 📷 | | 11-07 | 96039 |
| 8750 | [마감] 세탁소 카운터 | Walnut Creek | 11-07 | 96069 |
| 8749 | [마감] 텐부처스 KOREA BBQ 에서 웨이터, 웨이츄레스, 바텐더, 호스티스 모셔요!!!~~ 📷 | santa clara | 11-07 | 96757 |
| 8748 | [마감] 스시 쉐프,웨이츄레스 구합니다 | 사우스 산호세 | 11-06 | 95361 |
| 8747 | [마감] 아기 돌봐주실 분 (Nanny) 구합니다 | | 11-06 | 96363 |
| 8746 | [마감] 루핑 회사 오피스/ Office, Job Site | Daly City | 11-06 | 94916 |
| 8745 | [마감] 마켓에서 키친헬퍼와 캐쉬어를 찾습니다. | San Francisco | 11-06 | 95255 |
| 8744 | [마감] ✱✱✱Waitress and waiters for Japanese restaurant | San Jose | 11-06 | 95524 |
| 8743 | [마감] 전기, Sign( 간판 ) install 같이 일하실분 구합니다 | Sunnyvale | 11-05 | 95621 |
| 8742 | [마감] Hair stylist hiyer 미용사 구함 | Sally Salon 셀리 미용실 | 11-05 | 95693 |
| 8741 | [마감] Hanmi Bank Part Time Teller | | 11-05 | 95973 |
| 8740 | [마감] KOTRA에서 K-Move 전담직원을 모집합니다 | San Jose | 11-05 | 96016 |
| 8739 | [마감] JB LOGIX (물류회사) / CUSTOMER SERVICE 담당 | Oakland ( Airport 근처 | 11-05 | 95771 |
| 8738 | [마감] 2-3 개월에 한번씩 빨래 도와주실 분 찾습니다. 📷 | Campbell | 11-05 | 94115 |
| 8737 | [마감] 소담 떡집에서 직원 구합니다. | Dublin | 11-05 | 96437 |
| 8736 | [마감] Pink house에서 구인합니다 📷 | Pink house | 11-05 | 95889 |
| 8735 | [종료] 11/20(수) 동시통역 가능자 구인 | San Jose | 11-05 | 95466 |
| 8734 | [마감] 우성 아메리카 영업부 경력 직원 모집. | HAYWARD,CA | 11-05 | 95337 |
| 8733 | [마감] Fedex 소포 딜리버리 하실 분을 모집합니다. | San Leandro | 11-05 | 96103 |
| 8732 | [마감] 일식당 직원 구합니다 | DANVILLE | 11-05 | 95691 |

| 번호 | 제목 | | 작성일 | 조회 |
|---|---|---|---|---|
| 8731 | [마감] 꽃집 직원 | | 11-04 | 96685 |
| 8730 | [마감] ★★★ NEW UBER DRIVER ★★★ | All Bay Area | 11-04 | 95054 |
| 8729 | [마감] 세탁소 구인 | Pleasanton | 11-04 | 95230 |
| 8728 | [마감] [경력직] 인사(HR) Full Time 직원을 모십니다 | San Leandro | 11-04 | 97237 |
| 8727 | [마감] [구인] 샌프란 다운타운 갈비찜 집 | | 11-04 | 95469 |
| 8726 | [마감] Japanese restaurant sushi chef. Sushi helper. Kitchen helper | Berkeley | 11-04 | 95428 |
| 8725 | [마감] Korean Restaurant Barnzu is hiring server position | San Francisco | 11-04 | 95271 |

* 본 게시판의 글들은 회사에서는 법적인 책임을 지지 않습니다.

≪ prev | 161 | 162 | 163 | 164 | 165 | 166 | 167 | 168 | 169 | 170 | next ≫





프리미엄 등록 안내 [전국 $60, 로컬 $30]
프리미엄 등록은 종료나 마감이 될 동안 게시판의 상단에 위치 함으로 보다 많은 효과를 볼 수 있습니다.
우리들의 이민 생활에 도움이 될 수 있도록 알찬 내용으로 채워 갈 것을 약속드리며 많은 이용 바랍니다.
감사합니다.

Apostrophe 사용금지 : Kim's, Lee's, 에 사용되는 ' 는 사용할 수 없습니다.

회사소개   Contact us   광고안내   서비스 약관   개인 정보 보호 정책   이메일주소 무단수집 거부   Press Release   Website 제작

Copyright © 2014 - 2023 Korean Media Group. All rights reserved.. ..